# United States District Court

## for the

## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Case Number: **1083 2:09CR20030-001**

Name of Offender: **Monique Koger**

Name of Sentencing Judicial Officer: Honorable John W. Lungstrum
Senior U.S. District Judge

Date of Original Sentence: 11/30/2009

Original Offense: Wire Fraud, a Class C felony

Original Sentence: Imprisonment - 366 Days
Supervised Release - 3 Years

Type of Supervision: TSR    Date Supervision Will Commence: Dec 6, 2010

## PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total term of   years.
[X]  To modify the conditions of supervision as follows:

**The defendant shall reside in a halfway house program for a period of up to 120 days, in the pre-release component, allowing for work release and at the direction and discretion of the U.S. Probation Officer. The defendant shall comply with the rules and regulations of the halfway house.**

## CAUSE

Ms. Koger has had a difficult time obtaining employment since arriving at the Residential Re-Entry Center (RRC) to finish her custody sentence. She has just started working and needs time to save money for her own residence. Therefore, it is requested her conditions be modified as shown above to allow her time to secure a residence. As soon as a residence can be approved, the probation office will recommend she be released from the RRC.

Prob 12B                           -2-            *Request for Modifying the Conditions or*
                                                  *Terms of Supervision with Consent of the Offender*
*Name of Offender:  Monique  Koger*                      *Case Number: 1083 2:09CR20030-001*

Respectfully submitted,

by  _____
Kristine L. Thomas
Sr. U.S. Probation Officer
Date: November 15, 2010

Approved:

_____
Mary Handley SUSPO

THE COURT ORDERS:
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ John W. Lungstrum
_____
Signature of Judicial Officer

November 17, 2010
_____
Date

cc: AUSA Rask